JOSEPH SHIELDS v. J. & J. G. WALLACH.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FANNIE HOROVITZ v. WILLIAM POLACHEFSKY, Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

DANIEL CAHN v. 503 FIFTH AVENUE COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

Mrs. RICHARD McCARTIE v. ISAAC GOLDFARB and Another.— Application denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

MICHAEL GOSTANIAN v. GOLD MINE COMPANY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

LOUIS SHEPETIN v. NIAGARA FABRIC MANUFACTURING COMPANY.—Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

ANNA COTTRELL, an Infant, etc., v. ANDREW DAVEY, INC. JOHN COTTRELL v. ANDREW DAVEY, INC.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

FLORENCE CRANE v. HUDSON MOTOR CAR COMPANY OF NEW YORK, INC.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

HERMAN FRANK v. MASSACHUSETTS BONDING AND INSURANCE COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

WILLIAM ROSENBERG v. NINTH AVENUE RAILROAD COMPANY.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

GEORGE SEGAL v. CHEMICAL IMPORTING AND MANUFACTURING COMPANY.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

SELKA UNGER v. WILLIAM M. BARRETT, as President, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

JEAN K. TOWNSEND and Others, v. ELIZABETH CLARK, as Administratrix, etc.— Motion for stay denied and stay contained in order to show cause dated July 24, 1922, vacated; the date for the inspection and discovery provided by the order of June 15, 1922, as modified by the order of this court, entered October 13, 1922, to be fixed in the order to be entered herein. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.

PUBLICITY LEASING COMPANY, INC., v. POLLY HYMAN.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Dowling, Smith, Page and Merrell, JJ.